# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

_____

### No. 201600377
_____

### UNITED STATES OF AMERICA
Appellee

v.

### AUGUST J. GIBBY
Aviation Boatswain's Mate Aircraft Handler Airman Apprentice (E-2),
U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commanding Officer, USS NIMITZ (CVN 68).
Staff Judge Advocate's Recommendation: Lieutenant Commander
James M. Kennedy, JAGC, USN.
For Appellant: Commander Suzanne M. Lachelier, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 7 February 2017

_____

Before MARKS, FULTON, and GLASER-ALLEN, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court